# Court of Appeals
# of the State of Georgia

ATLANTA,__February 10, 2016____

*The Court of Appeals hereby passes the following order:*

## A16D0244. HARRY LEE WILSON v. CAMDEN COUNTY GOVERNMENT et al.

Harry Lee Wilson filed a claim in magistrate court against Camden County Government for injuries he allegedly sustained. The magistrate court found in favor of Camden County and ordered Wilson to pay court costs. Wilson appealed to the superior court, which dismissed his appeal on October 27, 2015. On December 2, 2015, Wilson filed a pro se application for discretionary appeal from the dismissal of his appeal. He filed this application in the Supreme Court, which transferred the case to us after finding that the case did not invoke its jurisdiction. We also lack jurisdiction over this application.

An application for discretionary appeal must be filed within 30 days of the entry of the order sought to be appealed. See OCGA § 5-6-35 (d). The requirements of OCGA § 5-6-35 are jurisdictional, and this Court cannot accept an application for appeal not made in compliance therewith. See *Boyle v. State*, 190 Ga. App. 734 (380 SE2d 57) (1989). Here, Wilson filed his application 36 days after entry of the order dismissing his appeal.[1] His application is therefore untimely, and it is hereby DISMISSED for lack of jurisdiction.

---

[1] Although the application contains a trial court order entered on November 3, 2015, that order merely vacated a prior order scheduling the case for a bench trial, noting that the court had "already dismissed the above-captioned action by Order entered October 27, 2015."



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,* __02/10/2016__
  *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
  *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *Stephen E. Castlen* _____ , *Clerk.*